**Michael Dion McFADDEN,**
**Petitioner–Appellant,**

v.

**Rickie HARRISON, Warden; Charles**
**M. Condon, South Carolina Attorney**
**General, Respondents–Appellees.**

No. 02–7411.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2003.

Decided Feb. 14, 2003.

Michael Dion McFadden, Appellant Pro Se. Derrick K. McFarland, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before WIDENER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael Dion McFadden seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on McFadden's petition for habeas corpus relief, filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that McFadden has not made a substantial showing of the denial of a constitutional right. *See McFadden v. Harrison*, No. CA–00–3934–9–25BG (D.S.C. filed Aug. 29, 2002 and entered Aug. 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*